No. 613. NORWICH UNION INDEMNITY Co. *v.* SIMONDS. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.

*Messrs. James G. Nye* and *Albert C. Gillette* for petitioner. *Mr. Edward L. Boyle* for respondent.